DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN CAMILO HURTADO CASTANO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2562

[April 16, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William Loy Roby, Judge; L.T. Case No. 432024CF001321CFAXMX.

Daniel Eisinger, Public Defender, and Mara Catherine Herbert, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***